# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Holmes, Harriette D | Case Number: 05 B 39486 |
| | Judge: Hollis, Pamela S |
| Printed: 03/10/09 | Filed: 9/22/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: February 19, 2009
Confirmed:  December 5, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 19,979.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 16,045.15 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 1,084.85 |
| Other Funds: | | 149.00 |
| Totals: | 19,979.00 | 19,979.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ledford & Wu | Administrative | 2,700.00 | 2,700.00 |
| 2. | Citizens Financial Services | Secured | 0.00 | 0.00 |
| 3. | Credit Acceptance Corp | Secured | 0.00 | 0.00 |
| 4. | Greater Suburban Acceptance Co | Unsecured | 2,231.19 | 3,540.85 |
| 5. | Nicor Gas | Unsecured | 1,443.64 | 2,291.03 |
| 6. | Portfolio Acquisitions | Unsecured | 134.86 | 184.42 |
| 7. | Internal Revenue Service | Unsecured | 2,031.02 | 3,223.18 |
| 8. | Citizens Financial Services | Unsecured | 443.42 | 703.70 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 3,845.00 | 6,101.97 |
| 10. | Monterey Financial Services | Unsecured | | No Claim Filed |
| 11. | MCI Residential | Unsecured | | No Claim Filed |
| 12. | Check Into Cash | Unsecured | | No Claim Filed |
| 13. | First Premier | Unsecured | | No Claim Filed |
| 14. | Direct Tv | Unsecured | | No Claim Filed |
| 15. | AIS Services | Unsecured | | No Claim Filed |
| 16. | Household Bank FSB | Unsecured | | No Claim Filed |
| 17. | Turner Jr, Walter L | Unsecured | | No Claim Filed |
| 18. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 19. | TCF Bank | Unsecured | | No Claim Filed |
| 20. | United States Dept Of Education | Unsecured | | No Claim Filed |
| | | | $ 12,829.13 | $ 18,745.15 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Holmes, Harriette D

Printed: 03/10/09

Case Number: 05 B 39486
Judge: Hollis, Pamela S
Filed: 9/22/05

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 122.19 |
| 5% | 166.36 |
| 4.8% | 159.84 |
| 5.4% | 374.64 |
| 6.5% | 198.40 |
| 6.6% | 63.42 |
|  | $ 1,084.85 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

